UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| LAUREN BOYACK ET AL., | Case No. SACV 17-01233 AG (DFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SALON MANAGEMENT CORPORATION ET AL., | |
| Defendants. | |

The Court enters judgment for Defendants against Plaintiffs.

Dated February 11, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT